**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**KA 04-0044**

**STATE OF LOUISIANA**

**VERSUS**

**MICHAEL W. SOILEAU**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT
PARISH OF EVANGELINE, NO. 65207FB
HONORABLETHOMAS F. FUSELIER, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**JOHN D. SAUNDERS
JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of John D. Saunders, Oswald A. Decuir, and Glenn B. Gremillion, Judges.

**AFFIRMED AND REMANDED WITH INSTRUCTIONS.**

**Christopher Brent Coreil**
**P. O. Drawer 780**
**Ville Platte, LA 70586-0000**
**(337) 363-3438**
**Counsel for: Plaintiff/Appellee**
           **State of Louisiana**

**Raymond J. LeJeune**
**Attorney at Law**
**1401 Poinciana Ave.**
**Mamou, LA 70554**